1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   jeffwohl@paulhastings.com
2  RISHI N. SHARMA (Cal. State Bar No. 239034)
   rishisharma@paulhastings.com
3  GREGGORY W. DALTON (Cal. State Bar No. 252000)
4  greggorydalton@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
5  55 Second Street, 24th Floor
   San Francisco, California  94105-3441
6  Telephone: (415) 856-7000
7  Facsimile:  (415) 856-7100

8  Attorneys for Defendant
   Target Corporation
9

10                    UNITED STATES DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12

13  | RACHEL RODRIGUEZ, an individual; | No. CV 07-5533 SJO (FFMx) |
    | MARY ANN MORENO, an individual;  | |
14  | JESSICA FIERRO, an individual;   | **NOTICE OF APPEAL BY DEFENDANT** |
15  | LATHISA MEDRANO, an individual;  | **TARGET CORPORATION TO THE** |
    | DAVID MOSS, an individual;       | **UNITED STATES COURT OF APPEALS** |
16  | ROSIE DEANDRA, an individual;    | **FOR THE NINTH CIRCUIT** |
    | ESTHER MENDOZA, an individual;   | |
17  | CHERYL M. DUARTE, an individual; | |
18  | MARTHA FIERRO, an individual;    | |
    | ELVY ROLDAN, an individual;      | |
19  | LINDA LOPEZ, an individual;      | |
    | LAURA LOPEZ, an individual;      | |
20  | MICHAEL ABEYTA, an individual;   | |
21  | individually and on behalf of all other similarly situated current and former | |
22  | employees of TARGET STORES INC., | |
23               Plaintiffs,
24       vs.
25  TARGET STORES INC. and DOES 1
    through 50, inclusive,
26
27               Defendants.
28

1     PLEASE TAKE NOTICE that defendant Target Corporation ("Target") hereby appeals to the United States Court of Appeals for the Ninth Circuit (the "Court of Appeals") from the order of the Court, dated January 29, 2010, *sua sponte* remanding this action to state court.

    PLEASE ALSO TAKE NOTICE that Target filed a petition for leave to appeal the Court's remand order with the Court of Appeals pursuant to 28 U.S.C. section 1453(c) on February 8, 2010. Target files this Notice of Appeal to secure its right to appellate review of the Court's order pursuant to 28 U.S.C. section 1291. *See California Dept. of Water Resources v. Powerex Corp.*, 533 F.3d 1087, 1091-96 (9th Cir. 2008).

    Attached to this notice as Exhibit A is Target's Statement of Representation pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b) & 12-2. Attached to this notice as Exhibit B is Target's Statement of Related Cases pursuant to Ninth Circuit Rule 28-2.6.

Dated: February 9, 2010.

JEFFREY D. WOHL
RISHI N. SHARMA
GREGGORY W. DALTON
PAUL, HASTINGS, JANOFSKY & WALKER, LLP

By:   /s/ Jeffrey D. Wohl
        Jeffrey D. Wohl
Attorney for Defendant Target Corporation